mailing address
Address
until 3/31/2012

Audrey Carter
1701 Salem Rd N-12
Burlington, NJ 08016
(609) 581-4278

mailing address
After 3/31/2012

Audrey Carter
PO Box 560124
Charlotte, NC
28256

RECEIVED
CHARLOTTE, N.C.
FEB - 2 2012
Clerk, U. S. Dist. Court
W. Dist. of N. C.

Civil Action
Complaint

January 30, 2012

Dear Clerk/Court:
My new complaint, IEP, cover sheet enclosed
I Am using 2 address because I live
in both states now, traveling back and
forth, but soon I will give up my NJ residence.
Please mail all coorespondence to New Jersey
until March 31, 2012.

Audrey Carter
pro se