**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-CV-60-GCM**

| | | |
|---|---|---|
| AUDREY CARTER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GREG SULLIVAN, *et al*, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Plaintiff's Motion to Proceed *in forma pauperis* filed February 2, 2012 [doc. 2].

Federal law requires that a Plaintiff in a civil action pay a filing fee in the amount of $350.00, plus service fees and other costs. After reviewing the Plaintiff's Application, the Court concludes that the Plaintiff is unable to pay the filing fee.

Moreover, the court has reviewed the *pro se* Plaintiff's Complaint. It is clear to the court that the Plaintiff has failed to state a claim upon which relief can be granted. Therefore the Court will dismiss the Complaint.

IT IS THEREFORE ORDERED THAT:

1) Plaintiff's application to proceed in forma pauperis is hereby GRANTED solely for the purpose of conducting a review on the merits of the civil action;

2) The Clerk shall file this matter as a civil matter without the service of process; and

3) The Complaint is DISMISSED pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Signed: February 8, 2012

Graham C. Mullen
United States District Judge