# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Audrey Carter,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                    3:12-cv-60

Greg Sullivan, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2012 Order.

Signed: February 8, 2012

Frank G. Johns, Clerk
United States District Court